EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2002

at 11 o'clock and 01 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00082 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 26 U.S.C. § 7201 |
| ) | |
| KIM YOUNG SUK JOHNSTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

That on or about May 11, 1996, in the District of

Hawaii, KIM YOUNG SUK JOHNSTON, a resident of Honolulu, Hawaii,

did willfully attempt to evade and defeat a large part of the

income tax due and owing by her to the United States of America

for the calendar year 1995, by preparing and causing to be

prepared, and by signing and causing to be signed, a false and

fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein she stated that her taxable income for said calendar year 1995 was the sum of $8,733.00, and that the amount of tax due and owing thereon was the sum of $1,309.00, whereas, as she then and there well knew and believed, her taxable income for the said calendar year 1995 was the sum of $130,754.93, upon which said taxable income there was owing to the United States of America an income tax of $45,544.00.

In violation of Title 26, United States Code, Section 7201.

<u>COUNT 2</u>

The Grand Jury further charges:

That on or about September 25, 1997, in the District of Hawaii, KIM YOUNG SUK JOHNSTON, a resident of Honolulu, Hawaii, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 1996, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein she stated that her taxable income for said calendar year 1996 was the sum of $34,158.00, and that the amount of tax due and owing thereon was the sum of $6,449.00, whereas, as she then and there well

2

knew and believed, her taxable income for the said calendar year 1996 was the sum of $76,410.37, upon which said taxable income there was owing to the United States of America an income tax of $18,827.00.

In violation of Title 26, United States Code, Section 7201.

## COUNT 3

The Grand Jury further charges:

That on or about June 5, 1998, in the District of Hawaii, KIM YOUNG SUK JOHNSTON, a resident of Honolulu, Hawaii, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 1997, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein she stated that her taxable income for said calendar year 1997 was the sum of $94,513.00, and that the amount of tax due and owing thereon was the sum of $21,797.00, whereas, as she then and there well knew and believed, her taxable income for the said calendar year 1997 was the sum of $230,830.17, upon which said taxable income there was owing to the United States of America an income tax of $68,234.00.

In violation of Title 26, United States Code, Section 7201.

DATED: _____3/14_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

_United States v. Kim Young Suk Johnston_
Cr. No. _____
"Indictment"

4